**STATE of Missouri, Respondent,**

v.

**Nathaniel DAVIS, Appellant.**

No. ED 102139

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: October 6, 2015

Samuel Buffaloe, 1000 West Nifong, Bldg. 7, Ste. 100, Columbia, MO 65203, for appellant.

Chris Koster, Atty. Gen., Rachel Flaster, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

## ORDER

### PER CURIAM

Nathaniel Davis appeals the judgment entered after his conviction of three counts of first-degree statutory rape and two counts of first-degree statutory sodomy. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).